USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/27/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA ex rel. CHRISTINA MYRUSKI and GLYNIS COWART,

        Plaintiffs,

v.

ADVANCED HEALTH PARTNERS, INC., f/k/a MEDICOM MANAGEMENT SERVICES, INC., *et al.*,

        Defendants.

UNITED STATES OF AMERICA,

        Plaintiff-Intervenor,

v.

ADVANCED HEALTH PARTNERS, INC., MEDEXCEL USA, INC., MEDEXCEL EMERGENCY PHYSICIAN SERVICES OF YONKERS, P.L.L.C., and TRI-STATE EMERGENCY PHYSICIANS, PLLC,

        Defendants.

**ORDER**

14 Civ. 7048 (NSR)

---

WHEREAS, by notice dated July 24, 2023, the United States of America partially intervened in the above-captioned *qui tam* action pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4).

1. The seal shall be lifted as to this Order and any matter occurring in this action on or subsequent to the date of this Order.

2. All documents submitted in this action before the date of this Order shall remain under seal and shall not be made public, except to the extent the seal was partially lifted pursuant

to the Court's prior Order dated March 23, 2021, and except as provided for in Paragraph 3 below.

3. The seal shall be lifted as to the Government's Notice of Election to Partially Intervene; the United States' Complaint-In-Intervention; the Stipulation and Order of Settlement and Dismissal entered into by the United States, the Relators, Advanced Health Partners, Inc. f/k/a Medicom Management Services, Inc., Medexcel USA, Inc., Medexcel Emergency Physician Services of Yonkers, P.L.L.C., and Tri-State Emergency Physicians, PLLC; and Relator's Complaint.

Dated: White Plains, New York
July 27, 2023

SO ORDERED:

_____
HONORABLE NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE