Case 7:14-cv-07048-NSR Document 28 Filed 10/05/23 Page 1 of 6

MEMO ENDORSED

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA *ex rel.* CHRISTINA MYRUSKI and GLYNIS COWART,

Plaintiffs,

vs.

ADVANCED HEALTH PARTNERS, INC., f/k/a MEDICOM MANAGEMENT SERVICES, INC., MEDEXCEL USA, INC., ANTHONY R. RUVO, M.D., EDWARD ORLANDO, M.D., MEDEXCEL EMERGENCY PHYSICIAN SERVICES OF YONKERS, P.L.L.C., and TRI-STATE EMERGENCY PHYSICIANS, PLLC,

Defendants.

14 Civ. 7048 (NSR)

UNITED STATES OF AMERICA,

Plaintiff-Intervenor,

vs.

ADVANCED HEALTH PARTNERS, INC., MEDEXCEL USA, INC., MEDEXCEL EMERGENCY PHYSICIAN SERVICES OF YONKERS, P.L.L.C., and TRI-STATE EMERGENCY PHYSICIANS, PLLC,

Defendants.

**STIPULATION AND ORDER OF SETTLEMENT AND RELEASE BETWEEN THE UNITED STATES AND RELATOR**

WHEREAS, this Stipulation and Order of Settlement and Release (the "Relator Stipulation") is entered into between the United States of America (the "United States"), by its attorney, Damian Williams, United States Attorney for the Southern District of New York, and

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/6/2023

relators Christina Myruski and Glynnis Cowart ("Relators" and, together with the United States, the "Parties"), through their counsel;

WHEREAS, on or about August 29, 2014, Relators filed a complaint in the above-captioned action in the United States District Court for the Southern District of New York (the "Court") under the *qui tam* provisions of the False Claims Act, as amended, 31 U.S.C. § 3729 *et seq*. (the "FCA"), alleging, *inter alia*, that the defendants violated the FCA by submitting, or causing the submission of, claims for payment under the National Provider Identifier of a doctor who no longer worked for the Defendants, was not present when the services were provided, and did not provide care to the beneficiaries, and also made other allegations (the "Relator Action");

WHEREAS, on or about July 31, 2023, the United States filed a complaint-in-intervention ("Government Complaint"), asserting claims against defendants Advanced Health Partners, Inc. ("Advanced Health Partners") f/k/a Medicom Management Services, Inc., Medexcel USA, Inc. ("Medexcel"), Medexcel Emergency Physician Services of Yonkers, P.L.L.C. ("MEPSY"), and Tri-State Emergency Physicians, PLLC ("Tri-State," and together with MEPSY, Medexcel, and Advanced Health Partners, "Defendants") that from 2007 to 2017 (the "Covered Period"), Defendants submitted or caused to be submitted to the Medicare program false claims for professional medical services using the name and NPIs of physicians who did not render or supervise the services being submitted to Medicare, including by using the NPIs of physicians who previously had been, but were no longer, employed by Defendants (the "Covered Conduct");

WHEREAS, on or about July 31, 2023, the United States, Defendants, and Relators entered into a Stipulation of Settlement and Dismissal (the "Settlement Agreement");

WHEREAS, pursuant to Paragraph 3 of the Settlement Agreement, Defendants agreed to pay the United States $475,000 plus interest compounded annually at a rate of 3.875% accruing

from the execution date of the Settlement Agreement to the date of the payment (the "Settlement Amount") to resolve the claims of the United States for the Covered Conduct;

WHEREAS, the Relators have asserted that, pursuant to 31 U.S.C. § 3730(d)(l), they are entitled to receive a portion of the Settlement Amount (the "Relator Share Claim"); and

WHEREAS, the Parties mutually desire to reach a full and final compromise of the Relator Share Claim pursuant to the terms set forth below.

NOW, THEREFORE, in reliance on the representations contained herein and in consideration of the mutual promises, covenants, and obligations in this Relator Stipulation, and for good and valuable consideration, receipt of which is hereby acknowledged, the Parties agree as follows:

1. Contingent upon receipt by the United States of full payment due to the United States under Paragraph 3 of the Settlement Agreement, the United States will pay Relators, c/o John Howley, as attorney for Relator ("Relator's Counsel"), twenty-two percent (22%) of the payment of the Settlement Amount received from Defendant ($104,500) in accordance with written instructions provided by Relator's Counsel within a reasonable time after the United States' receipt of the payment of the Settlement Amount. The obligation to make the payment to the Relator under this Paragraph is expressly conditioned on, and only arises with, the receipt by the United States of the payment of the Settlement Amount from Defendants required by the Settlement Agreement. In the event that Defendants fails to make the payment required by the Settlement Agreement, the United States shall have no obligation to make any payment to the Relators.

2. Each Relator, for herself and her heirs, successors, attorneys, agents, and assigns, agrees that this settlement is fair, adequate, and reasonable under all circumstances, and will not challenge the Settlement Agreement, including but not limited to the Settlement Amount, pursuant

to 31 U.S.C. § 3730(c)(2)(B) or other applicable law, and expressly waives the opportunity for a hearing on any such objection, pursuant to 31 U.S.C. § 3730(c)(2)(B) or other applicable law.

3. In agreeing to accept payment of the Relators' share set forth in Paragraph 1 above, and upon payment thereof, each Relator, for herself and her heirs, successors, attorneys, agents, and assigns, releases and is deemed to have released and forever discharged the United States and its agencies, officers, employees, servants, and agents from any claim for a share of any proceeds of the Settlement Agreement pursuant to 31 U.S.C. § 3730 or other applicable law, and from any and all claims against the United States and its agencies, officers, employees, servants, and agents arising from or relating to the Settlement Agreement or any claim in the Relator Action or the Government Complaint.

4. This Relator Stipulation does not resolve or in any manner affect any claims the United States has or may have against either Relator arising under Title 26, U.S. Code (Internal Revenue Code), or any claims that the Parties may have arising under this Relator Stipulation.

5. The United States and Relators agree that if the Settlement Agreement is held by a court not to be "fair, adequate, and reasonable," as required under 31 U.S.C. § 3730(c)(2)(B), this Relator Stipulation is null and void.

6. This Relator Stipulation shall inure to the benefit of and be binding only on the Parties, their successors, assigns, and heirs.

7. This Relator Stipulation shall become final, binding, and effective only upon entry by the Court.

8. This Relator Stipulation constitutes the entire agreement of the Parties with respect to the subject matter of this Relator Stipulation and may not be changed, altered, or modified, except by a written agreement signed by the Parties specifically referring to this Relator

Stipulation.

9. This Relator Stipulation is governed by the laws of the United States. The exclusive jurisdiction and venue for any dispute relating to this Relator Stipulation is the United States District Court for the Southern District of New York. For purposes of construing this Relator Stipulation, this Relator Stipulation shall be deemed to have been drafted by all Parties to it and shall not, therefore, be construed against any Party for that reason in any subsequent dispute.

10. This Relator Stipulation may be executed in counterparts, each of which shall constitute an original and all of which shall constitute one and the same agreement.

Dated: October 3, 2023
New York, New York

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:

By: ______________________
PETER ARONOFF
JACOB M. BERGMAN
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2697/2776
Fax: (212) 637-2717

*Attorneys for the United States of America*

Dated: 10/3, 2023

By: ______________________
John Howley, Esq.
1345 Avenue of the Americas, 2nd Floor
New York, New York 10105
(212) 601-2728
Email: jhowley@johnhowleyesq.com

*Attorney for the Relators*

Dated: _September 29___________, 2023

_*Christina Myruski*_______________
Christina Myruski
*Relator*

Dated: ______October 2,________, 2023

Glynis Cowart
Digitally signed by Glynis Cowart
DN: cn=Glynis Cowart, o, ou, email=glynistech@gmail.com, c=US
Date: 2023.10.02 23:16:53 -04'00'
______________________
Glynis Cowart
*Relator*

Dated: October 6, 2023
White Plains, ~~New York~~, New York

**Clerk of the Court is directed to close this case.**

SO ORDERED:

______________________
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE